LAFAYETTE STONE
Name

631. CHAMA, ST SE
Address      87100
APT. A — AIBuQueRQue — NM-

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 APR 20   PM 2:56

CLERK-ALBUQUERQUE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LAFAYETTE STONE, PRO-SE Plaintiff
(Full Name)

CASE NO. 12 CV 417 ACT
(To be supplied by the Clerk)

v.

AIBuQueRQue. NM. POLICE. DePT.
(A.P.D.)
METROPOITIN.DENTION. CENTER   Defendant(s)
(M.D.C.)
ST. OF. NM. DISTRICK ATTORNEY OFFICE
(D.A. OFFICE)  (D.O.C.) SANTE Fe, NM.

JUReY TRIAl DeMAND

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

### A.    JURISDICTION

1)   LAFAYETTE STONE , is a citizen of AIBuQueRQue (NM)
     (Plaintiff)                                          ( State )
     who presently resides at 631. CHAMA.ST. SE. — AIBuQ-NM.
     (Mailing address or place of confinement)

2)   Defendant (A.P.D.)(M.D.C.) (D.A.OFFICE.) is a citizen of
         (Name of first defendant)
     AIBuQueRQue — NM. , and is employed as
     (City, State)
     . At the time the claim(s)
         ( Position and title, if any)
     alleged in this complaint arose, was this defendant acting under color of state law?
     Yes ☑   No ☐   If your answer is "Yes", briefly explain:
     THEY ARE GOVERMENT EMPloYies

XE-2    2/78    CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _(D.O.C.)_____ is a citizen of
(Name of second defendant)

_Sante-Fe, NM._____ , and is employed as
(City, State)

_____ . At the time the claim(s)
( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☑  No ☐   If your answer is "Yes", briefly explain:

DEFENDANT WAS A GOVERMENT EMPLOYE
FOR ⊕ THE DEPARTMENT OF CORRECTIONS. (D.O.C.)
(D.O.C.)

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

ON OR ABOUT. 8-27-06 PLAINTIFF WAS ARRESTED ON
A TRAFFICKING THEN THE STATE DID NOT SEEK AN
INDICTEMENT UNTIl -15.MONTHS IATER EVEN THOUGH
THE STATE HAD THE SAME INFORMATION FROM THE DAY
OF THE AREST WILE KEEPING PLAINTIFF INCARSRATED
THE WHOle -18 MONTHS AFTER THE INDICTMENT MY
ATTERNEY FIElD SEVRAl MOTIONS INClUDING PRO-SE MOTIONS
TO HAVE THE CASE DISMISSED WHICH THE THE STATE
OBJECTED TO PLAINTIFF STAYED IN JAIL FOR -17- MORE MONTHS
SINCE THE INDICTMENT BEfOR TRIAL DURING THIS 2½ YEARS
PLAINTIFF SYffERD SERIES MEDICAl PROBlems AN SAVER
MENTAEl-DISSTRESS FINly ON 4-20-09 PLAINTIFF WENT TO
TRIAl AN WAS FOUND NOT GUIlTY ON (AII) CHARGES AN
PLAINTIFF WAS RElEASED AFTER 2½ YEARS PIAINTIFF AISO
iNClUEDS A COPY OF THE RElEASE ORDER

## C.   CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been
violated and that the following facts form the basis for my allegations:  (If necessary, you
may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list
additional supporting facts.

A)(1)   Count I: PlAINTIFF  WAS  AResTeD  AN
CHARGeD  WiTH  TRAFFiCKiNG  eveN  THou  THeR
WAS  A  ReleASe-ORDeR  PIAINTiFF  WAS
NeveR  ReleASeD  uNTil  He  weNT  TO  TRiAl
AN  WAS  FouND  NOT-GuilTy  ON  All  CHARGes

(2)   Supporting Facts:  (Include all facts you consider important, including names of
persons involved, places and dates.  Describe exactly how each defendant is involved.
State the facts clearly in your own words without citing leagl authority or argument.)

WHiCH  MAKeS  THe  AReST  〈AN〉  JAil
B)(1)   Count II: TiMe  〈WRONGFul〉  NOT  GuilTy
SHoulD  MeAN  NOT  GuilTy

(2)  Supporting Facts:

C)(1)  Count III:

(2)  Supporting Facts:

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐   No ☑   If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a)  Parties to previous lawsuit.

        Plaintiffs: _____ *NONe* _____

        Defendants: _____ *NONe* _____

   b)  Name of court and docket number:

        *NONe*

   c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

        *NONe*

   d)  Issues raised: _____ *NONe* _____

e) Approximate date of filing lawsuit: _NONE_____

f) Approximate date of disposition: _NONE_____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐  No ☑  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

## E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: I REQUEST Relief IN AMOUNT OF (200,000⁰⁰) AN I AISO WOUID REQUEST TO HAVE THE AREST REMOVED FROM MY AREST — RECORED— AN-OR- FIle PIAINTIFF PRAYS THIS COURT GOD—BIess—AN THANK YOU

DATE- 4-19-12

_Lafayette_ _Ates_ PRO-SE

_____          Signature of Petitioner
Signature of Attorney (if any)

631- CHAMA-ST- SE
APT-A
AIBG— NM— 87102
(505) 907-6433

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at 831-CHAMA-ST-SE-AREA  *A1BQ- NM- 87102*  on  4-19-12  20 12
(Location)                                                    (Date)

LAFAYETTE STONe

*Lafayette Ste* _____
(Signature)

ENDORSED
FILED IN MY OFFICE TH

IN THE DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

ENDORSED
FILED IN THIS OFFICE

SEP 2 0 2006

SEP 1 9 2006

STATE OF NEW MEXICO,

Plaintiff,

vs.

*EXHIBIT-A.1.*

CS     UD DU COURT CLERK DISTRICT COURT
METROPOLITAN COURT

CR #:
Metropolitan Court CR#: 19258-06
Booking #: 130441271
DA File #: 2006-04952-2

LAFAYETTE STONE,
DOB: 09/05/78
SSN: ██████8976
CHARGES: TRAFFICKING A CONTROLLED SUBSTANCE WITHIN 1000 FEET OF A
SCHOOL ZONE (COCAINE)

Defendant.

## STIPULATED ORDER TO RELEASE DEFENDANT
## ON OWN RECOGNIZANCE

The above listed defendant came before the Metropolitan Court for Felony First
Appearance.  The Defendant  will not be indicted  within the original 10-day time period
prescribed in Rule 5-302 of the Rules of Criminal Procedure for the District Courts, and thus
must be released on this case.  The parties stipulate that the release is subject to the original 60
day rule and to the original conditions of release, except bond, as set forth at the Felony First
Appearance hearing in the Metropolitan Court.

IT IS HEREBY ORDERED THAT the Defendant shall be Released on Own
Recognizance with all original conditions of release, except for bond, imposed at Felony First
Appearance and relating back to the original 60-day Preliminary Hearing date pursuant to Rule 5-
302.

Did not receive police report in time to do as a 10-day.

Approved:

_____
ASSISTANT DISTRICT ATTORNEY

New Mexico Public Defender's Office
Stipulates for purpose of this hearing only.
By: Ralph Odenwald
       District Public Defender, Region 2

_____
DISTRICT COURT JUDGE

I, Jeanne Luciani, Civil Clerk, of the Bernalillo
County Metropolitan Court of New Mexico, hereby
certify that the foregoing is, true, correct and
full copy of the instrument herewith set out as
appears of record in my office.
Dated this 26 day of January, 2007
Jeanne Luciani
Civil Clerk
Clerk of the Bernalillo Metropolitan Court

By _____ Deputy
Anna Ruiz

Rev. 8/06

*SEED THIS LETTER BACK TO YOU* (handwritten)

## STATE OF NEW MEXICO
## ADULT PAROLE BOARD

TO:_____ Layfayette Stone #50176 __DATE:__ November 8, 2006
FROM:__ Ella Frank, Executive Director _____
RE:_____ letter to parole board _____

1.__x__    This will acknowledge receipt of your recent correspondence. It has been placed in your file for later reference.

2.____    Your Parole Revocation Hearing was held within statutory requirements. No further adjustment will be made.

3.____    The Parole Board has reviewed and rejected the proposed parole plan dated    . Please develop and submit an alternative plan.

4.____    What is the status of our correspondence dated        ?

5.____    Your DNA inquiries need to be address to your case manager.

6.____    Good time inquiries must be referred to your case manager. The Board does not award nor compute good time awards.

7.____    You must serve your entire basic sentence, less good time, before you can be considered for parole.

8.____    Your recommendation dated  /  /   , to continue on parole is approved. Please advise of any further violations. Thank you.

9.__x__    Other:_____ The Board is unable to re-parole you at this time. Although formal charges may not yet have been filed, you still have an active felony detainer.

( EXBiT-A.2.)  (handwritten)