FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

12 JUN 29 AM 10: 29

CLERK-LAS CRUCES

LAFAYETTE STONE,

    Plaintiff,

v.                                                 No. 12cv0417 RB/ACT

ALBUQUERQUE NEW MEXICO POLICE DEPT. (APD);
METROPOLITAN DETENTION CENTER;
STATE OF NEW MEXICO DISTRICT ATTORNEY OFFICE
(DA OFFICE);
D.O.C. SANTA FE, NM,

    Defendants.

## FINAL ORDER

Pursuant to FED. R. CIV. P. 58(a), and consistent with the Court's Memorandum Opinion and Order denying permission to proceed IFP filed concurrently with this Order,

**IT IS ORDERED** that the Plaintiff's claims against the State entities case are **DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction;** and

**IT IS ORDERED** that the Plaintiff's claims against APD and the Metropolitan Detention Center are **DISMISSED WITH PREJUDICE.**

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE